IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DANIEL RAY GARCIA,
Institutional ID No. 101883,

    Plaintiff,

v.                                      2:24-CV-145-Z-BR

MATTHEW KACSMARYK, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case as three-strikes barred ("FCR") (ECF No. 4). Plaintiff filed objections (ECF No. 5), alleging bias due to the named defendants, *id.* at 1.

However, Plaintiff may not evade judgment in this case by simply naming the District and Magistrate Judges as defendants. *See Ocean-Oil Expert Witness, Inc. v. O'Dwyer*, 451 Fed. App'x 324, 329 (5th Cir. 2011) (decrying the foregoing strategy because otherwise, "parties could control which judges hear their case by filing lawsuits against all judges of whom they disapproved"). The fact remains here that Plaintiff is three-strikes barred from filing further lawsuits in this Court. ECF No. 4 at 2. Thus, after making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR is **ADOPTED** and this case is hereby **DISMISSED** as three-strikes barred.

**SO ORDERED.**

August 21, 2024.

                                                    MATTHEW J. KACSMARYK
                                                    UNITED STATES DISTRICT JUDGE